# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD MERRITTS, derivatively on behalf of SPIRIT AEROSYSTEMS HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT D. JOHNSON, CHARLES L. CHADWELL, IRENE M. ESTEVES, PAUL E. FULCHINO, JOSE GARCIA, JOHN GILSON, RICHARD GEPHARDT, RONALD T. KADISH, JOHN L. PLUEGER, LAURA H. WRIGHT, STEPHEN ANTHONY CAMBONE, THOMAS GENTILE III,<br><br>Defendants,<br><br>and<br><br>SPIRIT AEROSYSTEMS HOLDINGS, INC.,<br><br>Nominal Defendant. | C.A. No. 4:20-cv-00280-JFH-SH |

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel on behalf of Plaintiff Richard Merritts, derivatively on behalf of Nominal Defendant Spirit AeroSystems Holdings, Inc., and Defendants Robert D. Johnson, Charles L. Chadwell, Irene M. Esteves, Paul E. Fulchino, Jose Garcia, John Gilson, Richard Gephardt, Ronald T. Kadish, John L. Plueger, Laura H. Wright, Stephen Anthony Cambone, Thomas Gentile III that, pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-captioned action be and is hereby dismissed, with each party to bear its own costs and attorney's fees.

DATED: December 20, 2023

| | |
|---|---|
| */s/ R. Richard Love, III* | */s/ William B. Federman* |
| R. Richard Love, III | William B. Federman |
| CONNOR & WINTERS, LLP | FEDERMAN & SHERWOOD |
| 15 E. 5th Street | 10205 N. Pennsylvania Avenue |
| Tulsa, OK 74103 | Oklahoma City, OK 73120 |
| Telephone: (918) 586-5679 | Telephone: (405) 239-2112 |
| rlove@cwlaw.com | wbf@federmanlaw.com |
| | |
| | *Counsel for Plaintiff* |

Michael C. Holmes
Robert P. Ritchie
VINSON & ELKINS LLP
Trammel Crow Center
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201-2975
Telephone: (214) 220-7700
mholmes@velaw.com
rritchie@velaw.com

*Counsel for Defendants*